UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3700**

Case Title: **Janos Roper** vs. **City of Cincinnati Fire Department**

List all clients you represent in this appeal:

**Janos Roper**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua Engel**     Signature: s/ **Joshua Engel**

Firm Name: **Engel & Martin, LLC**

Business Address: **4660 Duke Drive**

City/State/Zip: **Mason, OH  45040**

Telephone Number (Area Code): **513-445-9600**

Email Address: **engel@engelandmartin.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.