# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __25-3700__                Case Manager: _____

Case Name: __Janos Roper v. City of Cincinnati Fire Department__

Is this case a cross appeal?  ☐ Yes  ☒ No
Has this case or a related one been before this court previously?  ☐ Yes  ☒ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> This appeal is taken against Defendant City of Cincinnati Fire Department.
>
> The issues include that the District Court erred in granting summary judgment (Doc#53), including whether Plaintiff can support a prima facie claim for failure to promote based on race or disability; whether Defendant had a legitimate, non-discriminatory reasons for not promoting Plaintiff; and whether Plaintiff met his burden on his retaliation claim.

This is to certify that a copy of this statement was served on opposing counsel of record this __2nd__ day of __September__, __2025__.

/s/ Joshua Engel
Name of Counsel for Appellant

6CA 53
Rev. 6/08