UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3700**

Case Title: **Janos Roper** vs. **City of Cincinnati**

List all clients you represent in this appeal:

**City of Cincinnati Fire Department**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Katherine C. Baron**   Signature: s/ **Katherine C. Baron**

Firm Name: **City Solicitor's Office**

Business Address: **City Hall, 801 Plum Street, Suite 214**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **513-352-4705**

Email Address: **katherine.baron@cincinnati-oh.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.