OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

September 9, 2025

Katherine Clarke Baron
Joshua Adam Engel

Re:   *Janos Roper v. City of Cincinnati Fire Department,* CA No. 25-3700

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for October 2, 2025, has been rescheduled for **October 9, 2025** at **9:30 AM EASTERN TIME** with Kathryn Wollenburg. **A conference invitation will be provided to counsel.**

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:   Kathryn L. Wollenburg

**NOTE:**   **The Confidential Mediation Background Information Forms are now due October 2, 2025, if not already submitted.**