OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
**331 POTTER STEWART U.S. COURTHOUSE**

| | | |
|---|---|---|
| CATHERINE C. GEYER<br>*Chief Circuit Mediator*<br>KATHRYN L. WOLLENBURG<br>SCOTT COBURN<br>JOHN A. MINTER | **100 EAST FIFTH STREET**<br>**CINCINNATI, OHIO 45202-3988**<br>CA06-MEDIATION@CA6.USCOURTS.GOV | TELEPHONE (513) 564-7330<br>FAX (513) 564-7349 |

October 8, 2025

Katherine Clarke Baron
Joshua Adam Engel

    Re:  *Janos Roper v. City of Cincinnati Fire Department,* CA No. 25-3700

## NOTICE OF MEDIATION CONFERENCE
## CONVERTED TO A PRE-SESSION CONFERENCE with APPELLANT

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for  October 9, 2025, has been converted to a pre-session conference scheduled for **October 9, 2025**, at  **10:30 AM**   **EASTERN TIME** with **Kathryn Wollenburg, Appellant Counsel and Client ONLY**.  An updated conference invitation will be provided to counsel.

                                                         Sincerely,

                                                         Connie A. Weiskittel
                                                         Mediation Administrator

cc:    Kathryn L. Wollenburg