**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 3, 2026

**<u>Notice</u>**

Ms. Katherine Clarke Baron
City of Cincinnati Law Department
801 Plum Street, Suite 214
Cincinnati, OH 45202

Mr. Joshua Adam Engel
Engel & Martin
4660 Duke Drive, Suite 101
Mason, OH 45040

     Re: No. 25-3700
       *Janos Roper v. City of Cincinnati Fire Dept*

Dear Counsel:

  The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, July 23, 2026**. You will be promptly advised of the Court's decision, or any other order or directive it may issue.

        Sincerely yours,

        s/Karen S. Fultz
        Calendar Deputy