**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens                POTTER STEWART U.S. COURTHOUSE                Tel. (513) 564-7000
Clerk                            CINCINNATI, OHIO 45202-3988                  www.ca6.uscourts.gov

Filed:  June 15, 2026

Ms. Katherine Clarke Baron
City of Cincinnati
Law Department
801 Plum Street
Suite 214
Cincinnati, OH 45202

Mr. Joshua Adam Engel
Engel & Martin
4660 Duke Drive
Suite 101
Mason, OH 45040

     Re:  Case No. 25-3700, *Janos Roper v. City of Cincinnati Fire Dept*
         Originating Case No. 1:22-cv-00652

Dear Counsel,

    The Court issued the enclosed opinion today in this case.

    Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. Richard W. Nagel

Enclosures

Mandate to issue