**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 07, 2026

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 25-3700, *Janos Roper v. City of Cincinnati Fire Dept*
Originating Case No. 1:22-cv-00652

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Joshua

cc: Ms. Katherine Clarke Baron
Mr. Joshua Adam Engel

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 25-3700

Filed: July 07, 2026

JANOS ROPER

Plaintiff - Appellant

v.

CITY OF CINCINNATI FIRE DEPARTMENT

Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 06/15/2026 the mandate for this case hereby issues today.

COSTS: None